# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL NO.  1:08CR43

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BLAKE CHARLES LORCHER** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's notice of appeal and motion for revocation of a release order entered in the Northern District of Georgia by United States Magistrate Judge Linda T. Walker. **Notice of Appeal and Motion for Revocation of Magistrate's Release Order, filed April 24, 2008.**

Defendant was indicted in this Court on one count of conspiracy to possess with intent to distribute methamphetamine. **Bill of Indictment, filed April 1, 2008, at 1.** He was arrested in Georgia and made his initial appearance before Magistrate Judge Walker on April 17, 2008.  At this time, the Government requested that he be detained pending further proceedings, stating he was a serious flight risk and a danger to the

community.  **Government's Motion for Detention, filed April 17, 2008.**
Following a further hearing on the matter, the Magistrate Judge entered an
oral order allowing Defendant to be released provided he could post a
$50,000.00 secured bond.  As Defendant did not execute the bond at that
time, he remained in custody.  The Government moved to stay the
Magistrate Judge's oral order pending appeal.  **Motion for Stay of Order,
filed April 24, 2008.**  To date this motion is still pending before the
Magistrate Judge.

In the instant motion, the Government states that Defendant initially
agreed to cooperate with the Government in a criminal investigation, but
later reneged on this agreement.  **Notice of Appeal,** *supra*, **at 3.**  The
Government also noted that due to the nature of the crime with which he
was charged, Defendant was subject to the rebuttable presumption
described in 18 U.S.C. § 3142(e).  ***Id.***

Based on the Government's motion, the undersigned believes that
the Magistrate Judge's oral order setting bond should be revoked.  The
issue of Defendant's continued detention will be determined when he is
returned to this District for an initial appearance before this Court.

**IT IS, THEREFORE, ORDERED** that the Government's motion for revocation of the Magistrate Judge's order is hereby **GRANTED**, and the Defendant shall remain in the custody of the United States Marshal.

**IT IS FURTHER ORDERED** that the Government's notice of appeal is hereby **DISMISSED** as moot.

Signed: April 25, 2008

Lacy H. Thornburg
United States District Judge