# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08 CR 043

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>BLAKE CHARLES LORCHER, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the court on Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* of Steven Paul Berne. It appearing that Steven Paul Berne is a member in good standing with the Georgia Bar and will be appearing with Sean P. Devereux, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* (#13) of Steven Paul Berne is **GRANTED**, and that Steven Paul Berne is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sean P. Devereux.

Signed: May 1, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge