**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:08CR43**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BLAKE CHARLES LORCHER** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to transfer him from the Caldwell County Detention facility to a "more suitable" location pending sentencing. Defendant also requests an evidentiary hearing. **Defendant's Motion to Transfer, filed July 31, 2008.**

Defendant acknowledges that a jail facility is not meant to be a "hotel or a bed and breakfast," but alleges he is not receiving "many basic sanitary, health, and other needs," to which he is entitled. *Id.* **¶ 1.** The Government advises Defendant was transferred to the McDowell County detention facility on August 8, 2008. **Government's Response, filed August 11, 2008, ¶ 2.** Therefore, since Defendant has received the relief sought, an evidentiary hearing is unnecessary.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to transfer is hereby **DENIED** as moot.

Signed: August 18, 2008

Lacy H. Thornburg
United States District Judge